# CHAPTER 13 BANKRUPTCY PAYMENT HISTORY

| | | | |
|---|---|---|---|
| Loan Number: | ████████ | Filing Date: | **10/7/2016** |
| Mortgagor Last Name: | **Johnson** | Case Number: | **16-32056** |
| Property Address: | 5306 Crosswind Dr, Richton Park, IL 60471 | Investor: Next Analysis: | GNMA-Lakeview |
| Date Produced: | 10/13/2016 | Processor ID: | |

## POST PETITION PAYMENT HISTORY

| TRANSACTION DATE | DUE DATE | AMOUNT RECEIVED | AMOUNT DUE | PAYMENT APPLIED TO | TRANSACTION DESCRIPTION | | TO/FROM SUSPENSE | SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|---|
| 11/7/2016 | 11/1/2016 | $822.00 | **$822.00** | 11/1/2016 | payment | $0.00 | $0.00 | $0.00 |
| 1/5/2017 | 12/1/2016 | $822.00 | $822.00 | 12/1/2016 | payment | $0.00 | $0.00 | $0.00 |
| 2/7/2017 | 1/1/2017 | $822.00 | $822.00 | 1/1/2017 | payment | $0.00 | $0.00 | $0.00 |
| 3/16/2017 | 2/1/2017 | $822.00 | $822.00 | 2/1/2017 | payment | $0.00 | $0.00 | $0.00 |
| 3/30/2017 | 3/1/2017 | $522.00 | $822.00 | suspense | suspense | $522.00 | $522.00 | $522.00 |
| 4/5/2017 | 3/1/2017 | $300.00 | $822.00 | 3/1/2017 | payment | -$522.00 | -$522.00 | $0.00 |
| 5/5/2017 | 4/1/2017 | $828.98 | $822.00 | 4/1/2017 | payment | $6.98 | $6.98 | $6.98 |
| 6/6/2017 | 5/1/2017 | $822.00 | **$822.00** | 5/1/2017 | payment | $0.00 | $0.00 | $6.98 |
| 8/7/2017 | 6/1/2017 | $1,233.00 | $822.00 | 6/1/2017 | payment | $411.00 | $411.00 | $417.98 |
| 12/8/2017 | 7/1/2017 | $822.00 | **$822.00** | 7/1/2017 | payment | $0.00 | $0.00 | $417.98 |
| 1/5/2018 | 8/1/2017 | $822.00 | $822.00 | 8/1/2017 | payment | $0.00 | $0.00 | $417.98 |
| | | Loan Modified- Due 3/1/18 | | | | | | |
| 2/6/2018 | 3/1/2018 | $822.00 | $822.00 | 3/1/2018 | payment | $0.00 | $0.00 | $0.00 |
| 3/7/2018 | 4/1/2018 | $822.00 | $854.80 | 4/1/2018 | payment | $0.00 | $0.00 | $0.00 |
| 4/4/2018 | 5/1/2018 | $822.00 | $854.80 | 5/1/2018 | payment | $0.00 | $0.00 | $0.00 |
| 6/6/2018 | 6/1/2018 | $854.80 | $854.80 | 6/1/2018 | payment | $0.00 | $0.00 | $0.00 |
| 7/9/2018 | 7/1/2018 | $854.80 | $854.80 | 7/1/2018 | payment | $0.00 | $0.00 | $0.00 |
| 8/7/2018 | 8/1/2018 | $854.80 | $854.80 | 8/1/2018 | payment | $0.00 | $0.00 | $0.00 |
| 9/5/2018 | 9/1/2018 | $854.80 | $854.80 | 9/1/2018 | payment | $0.00 | $0.00 | $0.00 |
| 10/9/2018 | 10/1/2018 | $833.14 | $854.80 | 10/1/2018 | payment | $0.00 | $0.00 | $0.00 |
| 11/7/2018 | 11/1/2018 | $833.14 | $854.80 | 11/1/2018 | payment | $0.00 | $0.00 | $0.00 |
| | 12/1/2018 | | $854.80 | | | -$854.80 | -$854.80 | -$854.80 |
| | 1/1/2019 | | $854.80 | | | -$854.80 | -$854.80 | -$1,709.60 |
| | 2/1/2019 | | $854.80 | | | -$854.80 | -$854.80 | -$2,564.40 |
| | 3/1/2019 | | $854.80 | | | -$854.80 | -$854.80 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |

**CHAPTER 13 BANKRUPTCY PAYMENT HISTORY**

| TRANSACTION DATE | DUE DATE | AMOUNT RECEIVED | AMOUNT DUE | PAYMENT APPLIED TO | TRANSACTION DESCRIPTION | | TO/FROM SUSPENSE | SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |
| | | | | | | $0.00 | $0.00 | -$3,419.20 |

## CHAPTER 13 BANKRUPTCY PAYMENT HISTORY

| TRANSACTION DATE | DUE DATE | AMOUNT RECEIVED | AMOUNT DUE | PAYMENT APPLIED TO | TRANSACTION DESCRIPTION | | TO/FROM SUSPENSE | SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | $0.00 | -$3,419.20 |

## Chapter 13 Plan Payment History

Total Amount of Pre-petition (

| Date Received | Amount Received | Received to Date | Remaining Balance | Trustee Interest | Interest Received |
|---|---|---|---|---|---|
| | | | $3,650.33 | | |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |
| | | $0.00 | $3,650.33 | | $0.00 |

** PPFN filed 11/9/16 - $11!